[No. 8921-8-I.  Division One.  July 20, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK
HENRY ADAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-00687-4, Frank D. Howard, J., entered June 5, 1980. *Affirmed* by unpublished opinion per

Andersen, J., concurred in by Ringold, A.C.J., and Williams, J.